**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JORDAN JUDT, on behalf of himself and a class of all others similarly situated,<br><br>                         Plaintiff,<br><br>v.<br><br>ALCHEMEE, LLC and<br>TARO PHARMACEUTICALS U.S.A., INC.,<br><br>                         Defendants. | Case No. 7:24-cv-2718<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Jordan Judt, by and through his counsel of record, hereby voluntarily dismisses his claims in the above action without prejudice.

Dated: June 20, 2024

                                        Respectfully submitted,

                                        **LEVI & KORSINSKY, LLP**

                                        <u>/s/ Mark S. Reich</u>
                                        Mark S. Reich (MR-4166)
                                        Courtney E. Maccarone (CM-5863)
                                        Melissa Meyer (5736483)
                                        33 Whitehall Street, 17th Floor
                                        New York, NY 10006
                                        Telephone: 212-363-7500
                                        Facsimile: 212-363-7171
                                        Email: mreich@zlk.com
                                                         cmaccarone@zlk.com
                                                         mmeyer@zlk.com

                                        *Counsel for Plaintiff*