UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JORDAN JUDT, on behalf of himself and a class of all others similarly situated,<br><br>                      Plaintiff,<br><br>v.<br><br>ALCHEMEE, LLC and<br>TARO PHARMACEUTICALS U.S.A., INC.,<br><br>                      Defendants. | Case No. 7:24-cv-2718<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Jordan Judt, by and through his counsel of record, hereby voluntarily dismisses his claims in the above action without prejudice.

Dated: June 20, 2024

Respectfully submitted,

**LEVI & KORSINSKY, LLP**

/s/ Mark S. Reich
Mark S. Reich (MR-4166)
Courtney E. Maccarone (CM-5863)
Melissa Meyer (5736483)
33 Whitehall Street, 17th Floor
New York, NY 10006
Telephone: 212-363-7500
Facsimile: 212-363-7171
Email: mreich@zlk.com
         cmaccarone@zlk.com
         mmeyer@zlk.com

*Counsel for Plaintiff*

SO ORDERED.

_____
Philip M. Halpern
United States District Judge

Dated: White Plains, New York
        June 25, 2024